| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: William Orr<br>Special Agent: Paul Wade | Telephone: (313) 405-3567<br>Telephone: (810) 641-5710 | |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.

James Carter

Case No.    1:24-mj-30201
Judge: Morris, Patricia T.
Filed: 05-29-2024

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  **May 29, 2024**  in the county of  **Saginaw**  in the **Eastern** District of **Michigan**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C § 841(a)(1) | Possession with intent to distribute Methamphetamine |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Paul Wade, Special Agent A.T.F.
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: **May 29, 2024**

_____
*Judge's signature*

City and state: Bay City, Michigan

Hon. Patricia T. Morris, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Paul Wade, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION & AGENT BACKGROUND

1. I make this affidavit from personal knowledge based on the following: my participation in this investigation, including witnessing interviews by myself and/or other law enforcement officers, communications with others who have personal knowledge of the events and circumstances described herein, and information gathered through my training and experience. The information outlined below is for the limited purpose of obtaining a criminal complaint and an arrest warrant. I have not set forth each and every fact I have learned in this investigation.

2. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF) and have been so employed since September 2005. Prior to my employment with ATF, I was a state certified Police Officer in the State of Tennessee. I have conducted hundreds of investigations of narcotic and firearm offenses and have participated in scores of search warrants in such investigations, which have led to numerous arrests and prosecutions.

## PURPOSE OF AFFIDAVIT

3. The purpose of this affidavit is to establish probable cause that on May 29, 2024, in the Eastern District of Michigan, James CARTER (DOB: XX/XX/1989),

possessed crystal methamphetamine, cocaine hcl, and cocaine base with the intent to distribute in violation of 21 U.S.C. § 841(a)(1).

4. Because this affidavit is being submitted for the limited purpose of establishing probable cause for a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe are necessary to establish probable cause of violations of federal criminal offense, specifically 21 U.S.C. § 841(a)(1).

## **PROBABLE CAUSE**

5. On May 24, 2024, ATF Special Agent Paul Wade swore out and affidavit for a federal search warrant for the residence of James CARTER located at 2188 Farmer Street in Saginaw, Michigan. The warrant was signed by U. S. Magistrate Judge David Grand.

6. On May 29, 2024, ATF Special Agents from the Flint Field Office executed the federal search warrant at 2188 Farmer Street in Saginaw, Michigan. Agents located CARTER inside the residence along with his girlfriend and her two minor children. During the execution of the search warrant, ATF agents seized the following items in the following locations:

- One (1) Sig Saur, model PZ90RS, 9 mm semi-automatic pistol bearing serial number 26C038536, loaded with ammunition – located in a Mitsubishi Eclipse Cross in the back seat in a black plastic bag.

2

- One clear plastic bag containing approximately 56 grams (to include packaging) of suspected crystal methamphetamine – located in a shoe box on the kitchen table. SA Wade used a TruNarch device to field test the substance and it tested positive for crystal methamphetamine (scan 539).

- One (1) clear plastic bag containing approximately 12 grams (to include packaging) of suspected crack cocaine - located in shoe box on the kitchen table. SA Wade used a TruNarch device to field test the substance and it tested positive for cocaine base (scan 537).

- One (1) clear plastic bag containing approximately 8 grams (to include packaging) of suspected cocaine - located in shoe box on the kitchen table. SA Wade used a TruNarch device to field test the substance and it tested positive for cocaine hcl (scan 538).

7. SA Barry Gatza read CARTER his Miranda warning. CARTER stated he did not want to speak with law enforcement of answer any questions. CARTER then said everything that was found in the shoe box belonged to him. It should be noted law enforcement was not questioning him about the shoe box and he made that statement voluntarily on his own. Law enforcement did not ask him any questions related to this investigation.

## **CONCLUSION**

8. Based upon the above information, probable cause exists to believe that on May 29, 2024, in the Eastern District of Michigan, James CARTER, possessed with the intent to distribute controlled substances in violation of 21 U.S.C. § 841(a)(1).

_____
Special Agent Paul Wade
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn before me or
by reliable electronic means.

_____
Hon. Patricia T. Morris
United States Magistrate Judge
Dated: May 29, 2024